# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARTINEZ SOTO, an individual, on behalf of himself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>O'REILLY AUTO ENTERPRISES, LLC; and DOES 1 thru 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 5:20-cv-00214-JGB-KK<br><br>*Honorable Jesus G. Bernal*<br><br><br><br>**JUDGMENT** |

After reviewing Plaintiff Martin Martinez Soto's unopposed motion for final approval of class action settlement and motion for attorneys' fees and costs (the "Motions"), as well as hearing oral argument on March 6, 2023, **IT IS HEREBY ORDERED** that the Motions are **GRANTED** as follows:

1. The Court **GRANTS** final approval to the parties' Settlement.  The parties shall perform their obligations pursuant to the terms of the Agreement and this Order.
2. Plaintiff's request for $237,500 in attorneys' fees and $10,930.13 in litigation costs is **GRANTED.**
3. Plaintiff's request for an incentive award of $7,500 is **GRANTED**.
4. All FCRA Class Members who did not validly and timely request exclusion from the settlement have released their claims against the Released Parties, as defined in the Agreement.
5. Except as to any FCRA Class Members who have validly and timely requested exclusion, this action is **DISMISSED WITH PREJUDICE**, with all parties to

bear their own fees and costs, except as set forth herein and in the prior orders of this Court.

6. Without affecting the finality of this Order, the Court retains jurisdiction over the parties, including FCRA Class Members, for the purposes of construing, enforcing, and administering the Order and Judgment, as well as the Agreement itself.

The Clerk is **DIRECTED** to enter this Judgment and close the case.

**IT IS SO ORDERED.**

Dated: March 6, 2023

Honorable Jesus G. Bernal
United States District Judge